Martin **HASTINGS**, as Member and on behalf of Local 1, Elevator Constructors AFL–CIO, Plaintiff–Appellant,

v.

John G. **GREEN**, Edward J. Smith, Jr., Charles Novak, Brian Kelly, Walter Burke, Anthony Orrigo, Robert Shannon, Defendants–Cross–Defendants– Appellees,

Fidelity and Deposit Company, Defendant–Cross–Claimant– Appellee.

Docket No. 00–7175.

United States Court of Appeals, Second Circuit.

May 11, 2001.

Martin Hastings, Commack, NY, pro se. Richard H. Markowitz, Markowitz & Richman, N.Y., NY, for appellees Green, Smith, Novak, Kelly, Orrigo, and Shannon. Lewis Stockman, Stockman Wallach Lentz & Gamell, N.Y., NY, for appellee Fidelity & Deposit Co.

Present MESKILL, KEARSE, and SOTOMAYOR, Circuit Judges.

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Eastern District of New York, and was argued by appellant *pro se* and by counsel appearing for appellees.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Glasser's Memorandum and Order dated December 30, 1999. Plaintiff's brief on appeal provides no basis for overturning the district court's decision.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.